C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-07-81397 C-13D
Cynthia C. Coffin )
)
)
Debtors )

## ORDER

This matter coming before the Court upon the Motion of Richard M. Hutson II, Trustee for the above-referenced Debtor to increase plan payments in order for the case to be completed within 60 months as required by 11 U.S.C. §1322(d), and there being no filed objection to the Motion within the time period set forth in the Notice issued on November 30, 2010, by the Clerk of Court setting December 30, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

ORDERED that the Debtor's plan is modified to provide for plan payments of $1,840.00 per month effective with the plan payment due for January, 2011.

# PARTIES IN INTEREST
Page 1 of 1
07-81397 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**